LAW LIBRARY

**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

NO. 29307

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

K. HAMAKADO
CLERK, APPELLATE COURTS
STATE OF HAWAIʻI

2010 APR -8 AM 9:47

FILED

STATE OF HAWAIʻI, Plaintiff-Appellee, v.
CHRISTOPHER GRINDLING, Defendant-Appellant

APPEAL FROM THE CIRCUIT COURT OF THE SECOND CIRCUIT
(CR. NO. 07-1-0533(2))

ORDER DENYING DEFENDANT-APPELLANT'S MOTION TO
RECONSIDER SUMMARY DISPOSITION ORDER
(By: Foley, Presiding J., Fujise and Leonard, JJ.)

Upon consideration of Defendant-Appellant Christopher Grindling's April 1, 2010, Motion to Reconsider the Intermediate Court of Appeals' Summary Disposition Order filed on March 19, 2010 and the records and files in this case,

IT IS HEREBY ORDERED that the motion is denied.

DATED: Honolulu, Hawaii, April 8, 2010.

On the motion:

Christopher Grindling,
Defendant-Appellant pro se.

Presiding Judge

Associate Judge

Associate Judge